JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINCOLN IMPORTS LTD., INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WEAVER FLOWER CO., a Washington Corporation; KEN WEAVER, an individual; PAUL WEAVER, an individual; COSTCO WHOLESALE CORPORATION, a Washington Corporation; and DOES 1 through 10, Inclusive,<br><br>Defendants. | CASE NO.: 8:11-cv-01098-JST-AN<br><br>Honorable Judge Josephine Staton Tucker, Courtroom 10A<br><br>**JUDGMENT** |
| AND ALL RELATED CROSS-ACTIONS. | |

///

///

///

- 1 -

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

The above entitled action came on regularly for arbitration on March 19, 20, and 21 of 2013 at JAMS, located at 500 N. State College Blvd., 14th Floor, Orange, California, before the Honorable Gary L. Taylor (Ret.).

Cross-Defendant MATHEW LEUNG, the principle of Plaintiff LINCOLN IMPORTS LTD., INC. was present, along with their attorneys of record, Thomas F. Nowland, Esq., and Daniel A. Brodnax, Esq., of Law Offices of Thomas F. Nowland.

Defendant KEN WEAVER, the principle of Defendant WEAVER FLOWER CO. was present, along with Co-Defendant PAUL WEAVER and their attorneys of record, Ellen M. Tipping, Esq., and Daniel L. Longo, Esq. of Murchison & Cumming, LLP.

Witnesses were called, sworn and gave testimony, and documentary evidence was received.  The parties made their closing oral arguments on March 21, 2013, and the case stood submitted.  The arbitrator having read and considered all evidence, a Final Award was issued on April 11, 2013, and later corrected on April 17, 2013.  The Arbitrator's Final Corrected Award is as follows:

IT IS ADJUDGED, ORDERED AND DECREED THAT:

1. Plaintiff LINCOLN IMPORTS LTD., INC. shall recover the sum total of $141,459.00 in damages from Defendant WEAVER FLOWER CO. for open book account;

2. Plaintiff LINCOLN IMPORTS LTD., INC. shall recover the sum total of $57,291.00 from Defendant WEAVER FLOWER CO. in pre-award interest;

3. Plaintiff LINCOLN IMPORTS LTD., INC. shall recover the sum total of $8,136.00 from Defendant WEAVER FLOWER CO. in recoverable

1          costs to partially reimburse Plaintiff LINCOLN IMPORTS LTD., INC.

2          for part of its share of the arbitrator's fees;

3 IT IS FURTHER ADJUDGED, ORDERED AND DECREED THAT:

4      4.  Plaintiff LINCOLN IMPORTS LTD., INC. is awarded post-award, pre-

5          judgment, interest from Defendant WEAVER FLOWER CO. in the

6          amount of 1.5% per month from the date of this Final Award until the

7          matter is reduced to judgment by the court;

8      5.  Defendant WEAVER FLOWER CO. shall have no recovery against

9          Plaintiff LINCOLN IMPORTS LTD., INC. or Cross-Defendant

10         MATHEW LEUNG on Defendant WEAVER FLOWER CO.'S

11         counterclaims.

12      6.  This Final Award resolves all claims between the parties submitted for

13         decision in this proceeding.

14

15 DATED:  May 20, 2013                              

16                 United States District Judge